**FILED**

APR 27 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 11 CR 0392 GT |
| Plaintiff, ) | ORDER CONTINUING SENTENCTING |
| v. ) | |
| OLIVERIO FELIPE-SUAREZ, ) | |
| Defendant. ) | |

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for May 4, 2011, be continued to May 13, 2011, at 9:00 a.m.

SO ORDERED:

Date: 4-27-11

HONORABLE GORDON THOMPSON, JR.
United States District Judge