**FILED**
JUL 15 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. ~~10~~ 11 CR 0392 GT |
| Plaintiff, ) | ORDER CONTINUING SENTENCING |
| v. ) | |
| OLIVERIO FELIPE-SUAREZ, ) | |
| Defendant. ) | |

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for July 18, 2011, be continued to August 8, 2011, at 9:30 a.m.

SO ORDERED:

Date: 7-15-11

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge